## Carter v. Joel R. Depp, Judge of the Metcalfe County Court, and A. J. Franklin, Sheriff of Metcalfe County.

(Decided February 22, 1912.)

Appeal from Metcalfe Circuit Court.

Appeal—Jurisdiction.—A proceeding in which one is fined $5.00 for failing to work on the county road is purely a civil one, and because the amount in controversy is below the jurisdiction of this court, the appeal must be dismissed.

EUGENE HUBBARD for appellant.

J. W. KINNAIRD for appellees.

OPINION OF THE COURT BY JUDGE LASSING—Dismissing appeal.

Appellant, Lester Carter, was tried in the Quarterly

Court of Metcalfe County and fined $5.00 and costs for failing to work upon the county road. He instituted a suit in the circuit court, in which he sought to have the judgment in the quarterly court set aside. A special demurrer was sustained by the circuit court, and the suit dismissed. From that judgment he prosecutes this appeal.

This was a civil proceeding, pure and simple, and the amount involved is only $5. By section 950, of the Kentucky Statutes, it is provided that no appeal lies to this court from a judgment of the circuit court if the amount in controversy be less than $200, exclusive of interest and costs. This court is without jurisdiction and the appeal is dismissed.